# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>$68,066.93 IN UNITED STATES CURRENCY,<br><br>$25,859.30 IN UNITED STATES CURRENCY SEIZED FROM CASHAPP ACCOUNT NUMBER ENDING -5484 HELD IN THE NAME OF MICHAEL KRAMER,<br>*Defendants.*<br><br>[CLAIMANTS: MICHAEL KRAMER; ADRIANA JONES] | Civil No.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>October 30, 2023 |

## VERIFIED COMPLAINT OF FORFEITURE

Now comes Plaintiff, United States of America, by and through its attorneys, Vanessa Roberts Avery, United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the controlled substance act, 21 U.S.C. §§ 801 *et seq*.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District Court by virtue of 28 U.S.C. § 1395(b).

3. The Defendants are $68,066.93 in United States Currency; and $25,859.30 Seized from CashApp Account Number Ending -5484 held in the name of Michael Kramer. ("Defendant Assets").

1

4. The Defendant Assets are located within the jurisdiction of this Court.

5. On August 1, 2023, Michael Kramer submitted an administrative claim of ownership to the Defendant Assets.

6. On September 8, 2023, Adriana Jones filed an administrative claim of ownership to the Defendant Asset $25,859.30 Seized from CashApp Account Number Ending - 5484 held in the name of Michael Kramer.

### Background of Investigation

7. On October 4, 2022, law enforcement received an anonymous tip stating that Michael Kramer ("Kramer"), of 8 Donna Street, Enfield, Connecticut ("8 Donna Street"), was dealing heroin and marijuana from his residence.  The anonymous tip further stated that there was a two-year old child who lived at the residence with Kramer and his/her mother, Brianna Guite ("Guite"); when Guite would leave for work during the day, Kramer would be at 8 Donna Street with the child as individuals entered and departed the residence throughout the day.  The tip also stated that Kramer was a convicted felon who often attends marijuana expos where he sells edibles and gummies that he manufactures.

8. On this same day, law enforcement conducted a criminal history query of Kramer and found that he had been arrested and convicted on charges of Possession of Narcotics with Intent to Sell; Violation of Probation; Operating under the Influence; Assault in the Third Degree; and Larceny in the Sixth Degree.

9. On November 17, 2022, an anonymous concerned citizen went to the lobby of the Enfield Police Department and spoke to an officer there.  The concerned citizen told law enforcement that Kramer, who lives at 8 Donna Street, lives there with Guite and

their two-year-old child and that Kramer manufactures marijuana edibles in the residence. The concerned citizen went on to say that he/she was recently at 8 Donna Street and saw a mason jar containing a green substance and a measuring cup on the kitchen counter also containing a green plant like substance. The concerned citizen also told law enforcement that there were "stacks" of money on the bed in Kramer and Guite's bedroom. The concerned citizen said that he/she believes Kramer owns two firearms but that he/she has never seen them. The concerned citizen Kramer said that Kramer had recently travelled to Maine three weeks prior and came back with duffel bags full of marijuana.

10. On February 4, 2023, law enforcement was dispatched to an area in Enfield on reports of a black Dodge Durango motor vehicle being operated "all over the road." Law enforcement made contact with the driver, Michael Kramer, who was found nodding off and slouching over the steering wheel of the Durango. In plain view on the Durango's front passenger seat were two vacuum sealed bags with the words "Herbal Connection" written on them. Law enforcement asked Kramer about the bags and he said that the contents of the bags, which were later determined to contain approximately one pound of marijuana each, were for personal use. These bags, as well as two other packages of marijuana weighing one-half ounce each, were seized by law enforcement.

11. On March 7, 2023, law enforcement observed a post on Kramer's Facebook story which advertised "Terpy Tuesday" and included posts showing marijuana nuggets, edibles, butters, and vapes for sale. Kramer's named his business CookieMonsterCT.

12. On April 17, 2023, law enforcement conducted surveillance of 8 Donna Street. Law enforcement observed a black sedan pull into the driveway of 8 Donna Street and engage in a hand-to-hand transaction with Kramer. A short time later, Kramer departed the residence in the Dodge Durango with his 2-year-old child.

13. On April 20 and 25, 2023, law enforcement saw further posts on Kramer's Facebook story page showing marijuana nuggets packaged in clear tubes, edibles, butters, vapes, and glass jars with labels reading "Maine Concentrates Live Resin."

14. On April 26, 2023, law enforcement conducted a "trash pull" from the trash barrels located at the curb of 8 Donna Street. In the discarded trash, law enforcement found: proof of residency for Michael Kramer through a Berkshire Bank statement; an empty bag of Haribo gummy bears; a 17" by 13" plastic black vacuum seal type bag containing a green leafy substance; and a glass jar with "Maine Concentrates Live Resin Never CRC" that contained an off-white resin. The leafy substance in the plastic bag and the resin in the glass jar both field-tested positive for the presence of marijuana.

15. On April 27, 2023, law enforcement received information from another confidential source who stated that Kramer rents a large black SUV when he makes trips to Maine to pick up large quantities of narcotics.

16. Law enforcement contacted the law enforcement support unit of the Enterprise car rental service. This unit confirmed that Kramer rented a black Chevrolet Suburban from April 19, 2023, to April 24, 2023. These dates correspond to Kramer's April 25, 2023 Facebook post in which he displayed large amounts of marijuana.

17. On April 28, 2023, law enforcement applied for, received, and executed a State of Connecticut Search and Seizure Warrant for 8 Donna Street.

18. During the search of 8 Donna Street law enforcement located and seized:

    a. marijuana, a large amount of United States Currency, and a Kolibri currency counter located on the dining room table;

    b. marijuana, psilocybin mushrooms, MDMA pills and several bottles of super pharma steroids located in the basement;

    c. a loaded Glock .380 firearm in the kitchen cabinet;

    d. a small safe containing United States Currency located in the bedroom;

    e. a switch blade style knife on a toy in the child's playroom;

    f. and marijuana, bags of psilocybin mushrooms, several boxes of marijuana edibles, marijuana wax and vape pens, packaging materials and scales located in the attached garage.

19. Parked in the driveway of 8 Donna Street was the 2018 Black Dodge Durango. In plain sight inside the Durango, law enforcement observed marijuana, marijuana products and a large sum of Unite States Currency. Upon opening the Durango, law enforcement seized a loaded "ghost gun" from the floor in front of the driver's seat and additional currency from the center console of the vehicle.

20. Aggregated between the residence and the Durango, law enforcement seized approximately 32 pounds of marijuana and $68,066.93 in United States Currency.

21. Kramer was arrested and charged with violations of Connecticut General Statutes: Possession of Marijuana with Intent to Sell; Possession of Hallucinogenic Substance

with Intent to Sell; Operation of a Drug Factory; Criminal Possession of a Firearm; Illegal Possession of Firearm in a Motor Vehicle; and Risk of Injury to a Minor.

22. Guite was arrested and charged with violations of Connecticut General Statutes: Possession of Marijuana with Intent to Sell; Possession of Hallucinogenic Substance with Intent to Sell; Operation of a Drug Factory; and Risk of Injury to a Minor.

23. Also seized during the search of 8 Donna Street were documents evidencing the existence of a CashApp account in Kramer's name that law enforcement believed Kramer was using in furtherance of his narcotics trafficking.  In particular, a business card was located with the name CookieMonsterCT, a telephone number (Kramer's cell phone number) and CashApp name $mikeykram printed on it.

24. On May 2, 2023, law enforcement received and executed a State of Connecticut Search and Seizure Warrant for the contents of CashApp Account Ending -5484 and seized $25,859.30.

25. On August 30, 2023, law enforcement conducted a query with the State of Connecticut Department of Labor which revealed that Kramer had no reported income for the previous eight quarters.

**Conclusion**

26. Based on the above information, it is believed that $68,066.93 in United States Currency; and $25,859.30 Seized from CashApp Account Number Ending -5484 held in the name of Michael Kramer constitute proceeds from the illegal sale and distribution of narcotics and are therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for $68,066.93 in United States Currency; and $25,859.30 Seized from CashApp Account Number Ending -5484 held in the name of Michael Kramer; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The Government requests trial by jury.

                                                Respectfully submitted,

                                                VANESSA ROBERTS AVERY
                                                UNITED STATES ATTORNEY

                                                /s/ David C. Nelson
                                                DAVID C. NELSON (ct25640)
                                                ASSISTANT UNITED STATES ATTORNEY
                                                157 CHURCH STREET, 25TH FLOOR
                                                NEW HAVEN, CT 06510
                                                T: (203) 821-3700
                                                F: (203) 773-5373
                                                E-Mail: david.c.nelson@usdoj.gov

## **DECLARATION**

I am a Task Force Officer with the Drug Enforcement Administration and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of October, 2023.

/s/ James Chamberland
JAMES CHAMBERLAND
TASK FORCE OFFICER
DEA
