UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>$68,066.93 IN UNITED STATES CURRENCY,<br><br>$25,859.30 IN UNITED STATES CURRENCY SEIZED FROM CASHAPP ACCOUNT NUMBER ENDING -5484 HELD IN THE NAME OF MICHAEL KRAMER,<br>*Defendants.*<br><br>[CLAIMANTS: MICHAEL KRAMER; ADRIANA JONES] | Civil No. 3:23cv1419 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 18, 2023 |

REQUEST TO ENTER DEFAULT AS TO ADRIANA JONES

To:  Clerk of the Court

     Plaintiff, the United States of America, hereby requests that the Court enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Claimant Adriana Jones, for her failure to file a claim, or answer, or otherwise defend in this action as provided for in Rule G(5)(a)(ii)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

1

          VANESSA ROBERTS AVERY
          UNITED STATES ATTORNEY


          <u>   /s/ David C. Nelson</u>
          DAVID C. NELSON
          ASSISTANT U.S. ATTORNEY
          ATTORNEY BAR # ct25640
          157 CHURCH STREET
          NEW HAVEN, CT  06510
          TELEPHONE:  (203) 821-3700
          FAX: (203) 773-5373
          David.C.Nelson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2023 a copy of foregoing Request to Enter Default as to Adriana Jones was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael Kramer via:
Gerald Klein, Esq.
21 Oak Street, #308
Hartford, CT  06106

Adriana Jones via:
Samuel Mitchell, Esq.
Mitchell & Mitchell
7161 East Rancho Vista Drive, Suite 5009
Scottsdale, AZ  85251

                                                                     */s/David C. Nelson*
                                                                    DAVID C. NELSON
                                                                    ASSISTANT U.S. ATTORNEY