UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>$68,066.93 IN UNITED STATES CURRENCY,<br><br>$25,859.30 IN UNITED STATES CURRENCY SEIZED FROM CASHAPP ACCOUNT NUMBER ENDING -5484 HELD IN THE NAME OF MICHAEL KRAMER,<br>*Defendants.*<br><br>[CLAIMANTS: MICHAEL KRAMER; ADRIANA JONES] | Civil No. 3:23cv1419 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 18, 2023 |

DECLARATION IN SUPPORT OF REQUEST TO ENTER
DEFAULT AS TO ADRIANA JONES

1.      I am an Assistant United States Attorney and represent the Plaintiff, United States of America, ("Plaintiff") in this action.

2.      On October 30, 2023, a Verified Complaint of Forfeiture was filed for the forfeiture of the Defendants: $68,066.93 in United States Currency; and $25,859.30 in United States Currency Seized from CashApp Account Ending -5484 held in the name of Michael Kramer (hereinafter, "Defendant Assets").  The Complaint was filed pursuant to 21 U.S.C. § 881(a)(6) because the Defendant Assets represent proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.;

3.      Pursuant to Rule G(4)(iv)(c) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, publication of notice of the forfeiture action against the Defendant Assets was performed on the United States government forfeiture website

1

(www.forfeiture.gov) for a period of thirty (30) days, commencing on October 31, 2023 and concluding on November 29, 2023.

4. On October 31, 2023, notice of the Verified Complaint for Forfeiture and accompanying documents was mailed to Claimant Adriana Jones via her attorney Samuel Mitchell, Esq. as well as any other third parties with a potential interest in the Defendant Assets in accordance with Rule G(4)(b)(i).

5. Adriana Jones has failed to file a claim or answer within the time permitted by Rule G(5)(a) of Supplemental Rules for Certain Admiralty and Maritime Claims.

6. Declarant knows of no reason why a default against Adriana Jones should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on this 18th day of December, 2023.

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

   /s/ David C. Nelson
DAVID C. NELSON
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct25640
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
David.C.Nelson@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2023 a copy of foregoing Declaration in Support of Request to Enter Default as to Adriana Jones was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael Kramer via:
Gerald Klein, Esq.
21 Oak Street, #308
Hartford, CT  06106

Adriana Jones via:
Samuel Mitchell, Esq.
Mitchell & Mitchell
7161 East Rancho Vista Drive, Suite 5009
Scottsdale, AZ  85251

                                         */s/David C. Nelson*
                                         DAVID C. NELSON
                                         ASSISTANT U.S. ATTORNEY