UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : NO. 3:23CV1419 (AWT) |
| $68.066.93 IN U.S. CURRENCY, | |
| $25.859.30 IN U.S. CURRENCY SEIZED FROM CASHAPP ACCOUNT NO. ENDING IN -5484 HELD IN THE NAME OF MICHAEL KRAMER | |
| [CLAIMANTS: MICHAEL KRAMER; ADRIANA JONES | : DECEMBER 22, 2023 |

## CLAIMANT MICHAEL KRAMER'S ANSWER TO VERIFIED COMPLAINT OF FORFEITURE

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted.

6. As to Paragraph 6, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

7. As to Paragraph 7, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

8. As to Paragraph 8, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

9. As to Paragraph 9, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

10. As to Paragraph 10, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

11. As to the first sentence of Paragraph 11, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

12. As to Paragraph 12, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof.

13. As to Paragraph 13, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

14. As to Paragraph 14, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

15. As to Paragraph 15, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

16. As to Paragraph 16, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

17. As to Paragraph 17, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

18. As to Paragraph 18, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

19. As to Paragraph 19, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

20. As to Paragraph 20, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

21. Paragraph 21 is admitted.

22. Paragraph 22 is admitted.

23. As to Paragraph 23, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

24. As to Paragraph 24, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

25. As to Paragraph 25, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

26. As to Paragraph 26, the claimant lacks knowledge or information sufficient to form a belief and, therefore, leaves plaintiff to its proof

Dated at Hartford, Connecticut, this 22nd day of December 2023.

Respectfully submitted,

CLAIMANT, MICHAEL KRAMER

By: ____/s/ Gerald M. Klein____
Gerald M. Klein
21 Oak Street, Suite 308
Hartford, CT 06106
Tel. 860.278.0043
Fax 860.904.9954
Juris #: ct00014

## CERTIFICATION

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 22nd day of December 2023.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                                                      */s/ Gerald M. Kllein*
                                                                                                      Gerald M. Klein