UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| VS. : | NO. 3:23CV1419 (AWT) |
| $68.066.93 IN U.S. CURRENCY, | |
| $25.859.30 IN U.S. CURRENCY SEIZED FROM CASHAPP ACCOUNT NO. ENDING IN -5484 HELD IN THE NAME OF MICHAEL KRAMER | |
| [CLAIMANTS: MICHAEL KRAMER; ADRIANA JONES : | DECEMBER 27, 2023 |

**MOTION TO SET ASIDE DEFAULT**

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the claimant, Michael Kramer, respectfully requests this Court set aside the default in the above matter. In support of this request, the claimant states as follows:

1. The claimant filed the initial claim.

2. The claimant, Michael Kramer, has very recently retained the undersigned. Undersigned has entered his Appearance and filed an Answer to the Complaint.

Assistant U. S. Attorney David Nelson has no objection to the granting of this request.

WHEREFORE, the undersigned respectfully requests the Court vacate the default and reopen this matter.

CLAIMANT, MICHAEL KRAMER

By: _____/s/ Gerald M. Klein_____
      Gerald M. Klein
      21 Oak Street, Suite 308
      Hartford, CT 06106
      Tel. 860.278.0043
      Fax 860.904.9954
      Federal Bar #ct00016

## **CERTIFICATION**

Pursuant to the Court's designation of this matter as an electronically filed case, and in accordance with the requirements for certification of service in such cases, the undersigned certifies that the foregoing document was filed electronically on the 27th day of December 2023. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                   */s/ Gerald M. Kllein*
                                                   Gerald M. Klein